UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

MANUEL MARTINEZ,  ) CV 12-3516-SH
  )
      Plaintiff,  ) JUDGMENT
  v.  )
  )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security  )
Administration,  )
  )
      Defendant.  )
_____ )

    IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings, pursuant to Sentence 4 of 42 U.SC. §405(g).

DATED: February 22, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE