UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MANUEL MARTINEZ,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | ) CV 12-3516-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings, pursuant to Sentence 4 of 42 U.SC. §405(g).

DATED: February 22, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE